NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

THE GEORGE LEON FAMILY TRUST, Derivatively on behalf of JOHNSON & JOHNSON,

      Plaintiff,

  v.

MARY SUE COLEMAN, PH.D., *et al.*,

      Defendants

  -and-

JOHNSON & JOHNSON,

      Nominal Defendant.

Civil Action No. 12-cv-4401 (JAP)

**ORDER**

Presently before the Court is a motion to dismiss Plaintiff's Amended Complaint or in the alternative, for summary judgment, brought by Nominal Defendant Johnson & Johnson[1] [Docket # 35]. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 25th day of June, 2014,

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is **DENIED** as moot.

                                        /s/ Joel A. Pisano
                                        JOEL A. PISANO
                                        United States District Judge

---

[1] The individual defendants, Mary Sue Coleman, Ph.D., James G. Cullen, Ian E.L. Davis, Michael M.E. Johns, M.D., Arnold G. Langbo, Susan L. Lindquist, Ph. D., Anne M. Mulcahy, Leo F. Mullin, William D. Perez, Charles O. Prince, III, David Satcher, M.D., Ph.D., Ronald A. Williams and William C. Weldon join J&J in their motion. Docket # 36.